## Cimorelli Liquor License Case.

Argued November 13, 1969. *Lawrence L. Davis*, Special Assistant Attorney General, with him *Thomas J. Shannon*, Assistant Attorney General, and *William C. Sennett*, Attorney General, for Pennsylvania Liquor Control Board, appellant; *Richard J. Green, Jr.*, with him *Green, Gibson & Abood*, for appellee.

748

Order affirmed.

CERCONE, J., dissents.